## Hogsett et al. *v.* Thompson.

Argued March 13, 1917. Appeal, No. 77, Jan. T., 1917, by William J. Kyle, Intervening Defendant, from decree of C. P. Fayette Co., No. 744, in equity, awarding an injunction and appointing receivers, in case of Fuller Hogsett and David L. Durr v. Josiah V. Thompson. Before BROWN, C. J., POTTER, STEWART, MOSCHZISKER, FRAZER and WALLING, JJ. Reversed.

Bill in equity for an injunction and for the appointment of a receiver. Before VAN SWEARINGEN, P. J.

The facts appear in Hogsett et al. v. Thompson et al., 258 Pa. 85.

The court awarded the relief prayed for. William J. Kyle, intervening defendant, appealed.

*Errors assigned* were in dismissing exceptions to various findings of fact and conclusions of law, and the decree of the court.

*Samuel McClay,* with him *W. A. Seifert, Kyle & Reinhart* and *Reed, Smith, Shaw & Beal,* for appellant.

*John M. Freeman,* of *Watson & Freeman,* and *Louis Marshall* (of the New York Bar), with them *H. F. Stambaugh, Sturgis & Morrow* and *Samuel Untermeyer,* for appellees.

OPINION BY MR. JUSTICE POTTER, May 7, 1917:

This appeal was argued with that at No. 1, January Term, 1917, as the fundamental questions involved are the same. The opinion which has been filed in that case is conclusive here, and the same decree will be entered. The first and second assignments of error are sustained. The order and decree of the court below are reversed, and the bill filed for the appointment of receivers is dismissed for want of jurisdiction to entertain it, and all proceedings thereunder are vacated and set aside; but it is ordered that the receivers who were improperly appointed forthwith file their account; the costs below and on this appeal to be paid by the plaintiffs in the original bill.